# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Maurice Walker**

    vs.

**Joseph T. Smith, Superintendent**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:03-CV-550

____  **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **DECISION BY COURT.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S WRIT OF HABEAS CORPUS IS DENIED AND DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MAY 23, 2007.

Dated:  May 23, 2007

Clerk of Court

s/ S. Potter
By:  Deputy Clerk